IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROMAN PADILLA,

    Petitioner,

v.                                                                 Civil No. 07-540 MV/RHS

TIMOTHY HATCH, Warden, et al.,

    Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND DISMISSING CIVIL PROCEEDING

THIS MATTER comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD"), filed August 8, 2007 **[Doc. No. 10]**. Petitioner has filed objections to the PFRD. Having made a *de novo* determination of those portions of the PFRD objected to;

**IT IS HEREBY ORDERED** that the proposed findings of the United States Magistrate Judge **[Doc. No. 10]** are adopted by the Court;

**IT IS FURTHER ORDERED** that Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody **[Doc. No. 1]** is hereby **DENIED** and this civil proceeding is **DISMISSED** with prejudice; and

**IT IS FURTHER ORDERED** that any pending motions are **DENIED** as moot.

_____
UNITED STATES DISTRICT JUDGE